```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17181
   THOMAS OSCAR RAMON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-6642


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 09/20/07 and confirmed on 12/07/07.

   2.   The case was converted to Chapter 7 after confirmation, 09/11/2008.

   3.   The Debtor paid a total of $   3347.50 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL SERVICES | SECURED | 1042.35 | 27.63 | 372.37 |
| AMERILOAN | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 518.80 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1259.34 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 220.47 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 314.46 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 2402.09 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1876.35 | .00 | .00 |
| NORTHWAY CASH TRANSERS.C | UNSECURED | NOT FILED | .00 | .00 |
| PAY CHECK TODAY | UNSECURED | NOT FILED | .00 | .00 |
| PAY DAY ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 245.52 | .00 | .00 |
| QUEST | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY SELECT | UNSECURED | NOT FILED | .00 | .00 |
| TREMONT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WEBPAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 500.00 | .00 | 500.00 |
| DELL FINANCIAL SERVICES | UNSECURED | 484.41 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 792.91 | .00 | .00 |

```
           Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1042.35 | 500.00 | 8114.35 | .00 | 9656.70 |
| PRINCIPAL PAID | 372.37 | 500.00 | .00 | .00 | 872.37 |

```
INTEREST PAID             27.63           .00          .00          .00        27.63
TOTAL PAID               400.00        500.00          .00          .00       900.00
```

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   3500.00
and was paid $    100.00  direct and $   2276.78  through the plan.

The Trustee received $    170.72 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 17181 THOMAS OSCAR RAMON